**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| KATHLEEN C. LANGDON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WALNUT GROVE RETIREMENT COMMUNITY LLC and RESORT LIFESTYLE COMMUNITIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 8:16-cv-00088<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Judge Rossiter<br><br>Magistrate Judge Bazis |

The parties, through counsel, hereby stipulate that this case be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

PLAINTIFF

By: /s/Michael J. Merrick
Bar Number: 19855
Merrick Law Firm LLC
1823 Harney Street, Suite 300
Omaha, Nebraska 68102
Tel. (402) 933-4256
Fax (402) 513-6504
E-mail: merrick@merricklawfirm.com

DEFENDANTS

By: /s/Mark A. Fahleson
Rembolt Ludke LLP
3 Landmark Centre
1128 Lincoln Mall, Ste. 300
Lincoln, NE 68508
Tel. (402) 475-5100

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Mark A. Fahleson, mfahleson@remboltlawfirm.com
Tara Tesmer Paulson, tpaulson@remboltlawfirm.com

/s/Michael J. Merrick